THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK CRAWFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTERN GOVERNORS UNIVERSITY OF WASHINGTON,<br><br>    Defendant. | CASE NO. C18-0015-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff did not appear on May 1, 2018, for a scheduled status conference. The Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992). Plaintiff shall respond to this order no later than May 11, 2018.

DATED this 1st day of May 2018.

                                    William M. McCool
                                  Clerk of Court

                                  s/Tomas Hernandez
                                  Deputy Clerk