THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK CRAWFORD, | CASE NO. C18-0015-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WESTERN GOVERNORS UNIVERSITY OF WASHINGTON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff did not appear for a scheduled status conference. (Dkt. No. 16.) The Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute (Dkt. No. 15.) Plaintiff timely responded to the order. He maintains that his failure to appear was due to a misunderstanding regarding the rescheduled date for the conference. (Dkt. No. 18 at 2.) The Court accepts Plaintiff's explanation and VACATES the order to show cause (Dkt. No. 15). The status conference, scheduled for May 1, 2018 is RESET to June 12, 2018 at 9 a.m. in Courtroom 16026.

//

//

1       DATED this 10th day of May 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk