THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK CRAWFORD, | CASE NO. C18-0015-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WESTERN GOVERNORS UNIVERSITY OF WASHINGTON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the initial disclosure deadline (Dkt. No. 21). The motion is GRANTED. The deadline to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(f)(1) is July 12, 2018. All other deadlines in this case are unchanged.

DATED this 7th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk