The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARK CRAWFORD,<br><br>                    Plaintiff,<br><br>    v.<br><br>WESTERN GOVERNORS UNIVERSITY OF WASHINGTON,<br><br>                    Defendant. | No. 2:18-cv-00015-JCC<br><br>NOTICE OF SETTLEMENT |

In accordance with LCR 11(b), the parties hereby notify the Court that they have reached a settlement in the above-entitled matter.  The parties are in the process of preparing and finalizing the settlement and release agreement.  The parties will file a stipulated dismissal order as soon as practicable, but no later than 30 days from today's date.

Defendant is filing this Notice of Settlement with plaintiff's approval and permission.

DATED this 8th day of January, 2019.

KELLER ROHRBACK L.L.P.

By *s/ Beth M. Strosky*
Beth M. Strosky, WSBA #31036
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone:  206.623.1933
Facsimile:  206.623.3384
Email:  bstrosky@kellerrohrback.com
*Attorneys for Defendant*

NOTICE OF SETTLEMENT
(2:18-cv-00015-JCC) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark Crawford        markfxcrawford@gmail.com

DATED at Seattle, Washington this 8th day of January, 2019.

_____
Keeley Engle

4826-7960-7685, v. 1

NOTICE OF SETTLEMENT
(2:18-cv-00015-JCC) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE (206) 623-1900
FACSIMILE (206) 623-3384